**[J-60-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| VINCENT SICILIA | : | No. 14 MAP 2023 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court dated June 7, |
| | : | 2022, at No. 747 CD 2021 |
| | : | Reversing the Order of the Workers' |
| API ROOFERS ADVANTAGE PROGRAM | : | Compensation Appeal Board dated |
| (WORKERS' COMPENSATION APPEAL | : | June 25, 2021, and Remanding at |
| BOARD) | : | No. A20-0734 |
| | : | |
| | : | ARGUED: October 18, 2023 |
| APPEAL OF: API ROOFERS ADVANTAGE | : | |
| PROGRAM | : | |

## ORDER

**PER CURIAM**                                                      **DECIDED: July 17, 2024**

AND NOW, this 17th day of July, 2024, the Court being evenly divided, the order of the Commonwealth Court is **AFFIRMED**.